IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,

vs.

GAUTAMBHAI N. PATEL, individually and d/b/a ISLANDER MOTEL; NATVERBHAI NARAN PATEL,

    Defendants.

No. CIV S-11-3309 EFB

<u>ORDER TO SHOW CAUSE</u>

This case is before the undersigned pursuant to the consent of the parties. *See* 28 U.S.C. § 636(c); E.D. Cal. L.R. 305. On April 17, 2012, the court issued an order setting a status (pretrial scheduling) conference for May 23, 2012.[1] Dckt. No. 11.

On May 23, 2012, the court held the status (pretrial scheduling) conference. However, neither plaintiff nor defendants appeared, nor did they request to continue the scheduling conference or otherwise notify the court that they would not be appearing, even though Local Rule 240(a) provides that "[a]ll parties receiving notice of any status conference shall appear in

---

[1] The order provided that "[i]n light of the parties' April 10, 2012 joint status report, Dckt. No. 8, the parties need not file a further status report in advance of the status conference. However, if the parties elect to file a revised status report, any such report shall be filed on or before May 9, 2012." Dckt. No. 11 at 2. No further status report was filed.

1

person or by attorney . . . ."[2]

Failure to comply with orders of this court or with the court's Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."[3]  E.D. Cal. L.R. 110.  "Failure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995).  Therefore, the parties will be ordered to show cause why sanctions should not be imposed for their failure to appear at the status conference in violation of the April 17, 2012 order and Local Rule 240(a).

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall each show cause, in writing, on or before June 13, 2012, why sanctions should not be imposed for their failure to appear at the May 23, 2012 status conference.

2. A further status (pretrial scheduling) conference is set for June 27, 2012, at 10:00 a.m., in Courtroom No. 24.[4]

3. Failure of the parties to comply with this order may result in the imposition of sanctions, including dismissal of this action.

SO ORDERED.

DATED: May 24, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Nor did the parties notify the court regarding settlement, even though the April 17 order reminded counsel "of their continuing duty to notify chambers immediately of any settlement or other disposition."  Dckt. No. 11 at 2.

[3] The April 17 order also reminded counsel that "failure to comply with the Local Rules 'may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.'"  Dckt. No. 11 at 2 (citing E.D. Cal. L.R. 110).

[4] The parties need not file further status reports in advance of the status conference.  However, if the parties elect to file a revised status report, any such report shall be filed on or before June 13, 2012.

2