IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                           No. CIV S-11-3309 EFB

      vs.

GAUTAMBHAI N. PATEL, individually
and d/b/a ISLANDER MOTEL;
NATVERBHAI NARAN PATEL,       ORDER RE SETTLEMENT & DISPOSITION

      Defendants.
_____/

      Pursuant to the representations of plaintiff, the above-captioned case has settled.

      Accordingly, the court hereby ORDERS that:

      1. The May 24, 2012 order to show cause is discharged;

      2. Dispositional documents are to be filed not later than twenty-one (21) days from the date of this order; and

      3. All hearing dates set in this matter are **VACATED.**

////

////

////

////

1

1   <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2   <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3   <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.
4         IT IS SO ORDERED.
5   DATED:   May 25, 2012.
6                                          EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE