IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                    No. CIV S-11-3309 EFB

    vs.

GAUTAMBHAI N. PATEL, individually
and d/b/a ISLANDER MOTEL;
NATVERBHAI NARAN PATEL,       <u>ORDER RE SETTLEMENT & DISPOSITION</u>

        Defendants.
                                     /

        Pursuant to the representations of plaintiff, the above-captioned case has settled.

        Accordingly, the court hereby ORDERS that:

        1. The May 24, 2012 order to show cause is discharged;

        2. Dispositional documents are to be filed not later than twenty-one (21) days from the date of this order; and

        3. All hearing dates set in this matter are **VACATED.**

////

////

////

////

1

1  FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
4      IT IS SO ORDERED.
5  DATED: May 25, 2012.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE